**UNITED STATES COURT OF APPEALS**
**TENTH CIRCUIT**
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker | Douglas E. Cressler |
|---|---|
| Clerk of Court | Chief Deputy Clerk |

November 24, 2010

Mr. Paul Lanoie, Jr.
20 Coyote Run
Placitas, NM 87046-9540

**Re: Case No. 10-2125, United States v. Lanoie**
　　　　　Dist. Docket No: 1:08-MC-00030-MV .

Dear Appellant:


Enclosed is a copy of the order and judgment.

Please contact this office if you have questions.


　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　*Elisabeth A. Shumaker*

　　　　　　　　　　　　　　ELISABETH A. SHUMAKER,
　　　　　　　　　　　　　　Clerk of the Court


CC:　　Manuel Lucero
　　　　Robert William Metzler
　　　　Laurie A. Snyder


EAS/bv